UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JUN LI, *et al.*,** | § | |
| | § | |
| **Appellants,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:21-CV-0035-B** |
| | § | |
| **WALL007 LLC, *et al.*,** | § | |
| | § | |
| **Appellees.** | § | |

## ORDER OF TRANSFER

This case is hereby **TRANSFERRED** to the docket of the **Honorable Brantley Starr** for possible consolidation with Civil Action Nos. 3:21-CV-0029-X, 3:21-CV-0030-X, 3:21-CV-0031-X, 3:21-CV-0032-X, 3:21-CV-0033-X, and 3:21-CV-0034-X.

**SO ORDERED.**

**SIGNED January 25, 2021**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE